IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-541-FDW-DCK

| | |
|---|---|
| GILBERT H. AMIS III, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Kristen E. Finlon, concerning A. Marques Pitre, on January 7, 2021. A. Marques Pitre seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. A. Marques Pitre is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: January 8, 2021

David C. Keesler
United States Magistrate Judge